UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

FRANK WOODARD                                        PLAINTIFF

VS.                                 CAUSE NO. 3:08cv166 TSL-JCS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                DEFENDANT

## FINAL JUDGMENT OF DISMISSAL

THIS DAY this cause having come on for hearing on the joint motion of the parties *ore tenus* for dismissal with prejudice, and the court, being advised that the above styled and numbered cause has been compromised and settled,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this cause should be, and it is hereby, dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 3rd day of November, 2008.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE

AGREED TO:

/s/Curt Crowley
ATTORNEY FOR FRANK WOODARD

/s/Philip W. Gaines
ATTORNEY FOR STATE FARM